HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY FLAAEN,<br><br>                    Plaintiff,<br>        v.<br><br>MCLANE COMPANY, INC. AND PRINCIPAL LIFE INSURANCE COMPANY, INC.<br><br>                    Defendants. | Case No. 3:15-cv-05899-BHS<br><br>**PROPOSED** ORDER RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: *DE NOVO* STANDARD OF REVIEW |

This matter came before the court on _____, on plaintiff's motion for partial summary judgment. The court having reviewed the memoranda, declarations and other documents submitted herein, and having considered the oral argument of counsel, and being fully advised in the premises, finds that there is no genuine issue of material fact and that plaintiff is entitled to partial summary judgment as a matter of law.

Page 1 – PROPOSED ORDER RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: *DE NOVO* STANDARD OF REVIEW

ROY LAW
520 S.W. Yamhill, Suite 212
Portland, OR 97204
TEL 503-206-4313
FAX 855-344-1726

1  Now, therefore, IT IS HEREBY ORDERED that plaintiff's motion for partial
2  summary judgment is granted, and this court's review of defendants' denial shall be
3  reviewed *de novo*.

4

5  DATED this ____ day of _____, 2016.

6

7

8  _____
   HONORABLE BENJAMIN H. SETTLE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – PROPOSED ORDER RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: *DE NOVO* STANDARD OF REVIEW

ROY LAW
520 S.W. Yamhill, Suite 212
Portland, OR 97204
TEL 503-206-4313
FAX 855-344-1726

# CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2016 I electronically filed the foregoing **PROPOSED ORDER RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: *DE NOVO* STANDARD OF REVIEW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing, as well as emailed the foregoing, to the following:

Edna S. Kersting
Wilson Elser, et al.
55 West Monroe Street, Suite 3800
Chicago, IL 60603
Edna.Kersting@wilsonelser.com

William Tolin Gay
Wilson Elser, et al.
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
William.gay@wilsonelser.com

Dan. S. Lossing
Inslee Best Doezie & Ryder, P.S.
10900 NE 4th Street
Suite 1500
Bellevue, Washington 98004
DLossing@insleebest.com

Dated this 22nd day of June, 2016 at Portland, Oregon.

*/s/ Chris Roy*
Chris Roy, WSB # 29070
Roy Law
520 S.W. Yamhill, Suite 212
Portland, OR 97204
PH: 503-206-4313; FAX: 855-344-1726
chris@roylawpdx.com

Page 3 – PROPOSED ORDER RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: *DE NOVO* STANDARD OF REVIEW

ROY LAW
520 S.W. Yamhill, Suite 212
Portland, OR 97204
TEL  503-206-4313
FAX 855-344-1726