Hon. Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ANTHONY FLAAEN,<br><br>                    Plaintiff,<br>vs.<br><br>MCLANE COMPANY, INC. dba MCLANE/NORTHWEST; MCLANE COMPANY, INC. dba MCLANE/NORTHWEST LONG-TERM DISABILITY PLAN; and PRINCIPAL LIFE INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 3:15-cv-05899-BHS<br><br>**DECLARATION OF NANCY TAYLOR IN SUPPORT OF DEFENDANT PRINCIPAL LIFE INSURANCE COMPANY'S RESPONSE BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 29, 2016** |

I, Nancy Taylor, being first duly sworn, depose and state as follows:

1. I hold the position of Senior Claim Account Manager with Principal Life Insurance Company ("Principal Life"). In that position I am familiar with the group long term disability coverage issued to McLane Company, Inc. by Principal Life pursuant to the terms of Group Policy No. H25974. I make this affidavit based upon my own personal knowledge and the business records of Principal Life.

2. A true and correct copy of the group long term disability policy No. H25974, issued to McLane Company, Inc., is attached hereto as Exhibit A. Group Long Term Disability Policy No. H25974 was issued and delivered in the State of Texas on a policy form approved by the Texas Department of Insurance.

3. A true and correct copy of the group long term disability booklet-certificate, issued in connection with Group Policy No. H25974, and provided to the policyholder for distribution to

1

DECLARATION OF NANCY TAYLOR IN SUPPORT OF
DEFENDANT'S RESPONSE TO MOTION FOR PARTIAL
SUMMARY JUDGMENT
Case No. 3:15-cv-05899-BHS

2141481v.1

Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
Tel.: (312) 821-6162
Fax: (312) 704-1522

1 | its employees, is attached hereto as Exhibit B.

2 |     4.    A true and correct copy of the group application completed by McLane Company,

3 | Inc. in 2006 is attached hereto as Exhibit C.

5 | I AFFIRM UNDER PENALTY OF PERJURY AND THE LAWS OF THE STATE OF WASHINGTON THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

NANCY TAYLOR

*/s/ Nancy Taylor*

Date: 7/25/16

---

2

DECLARATION OF NANCY TAYLOR IN SUPPORT OF
DEFENDANT'S RESPONSE TO MOTION FOR PARTIAL
SUMMARY JUDGMENT
Case No. 3:15-cv-05899-BHS

Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
Tel.: (312) 821-6162
Fax. (312) 704-1522

2141481v.1