GROUP BOOKLET-CERTIFICATE FOR MEMBERS OF:

MCLANE COMPANY, INC

ALL HOURLY/DRIVER TEAMMATES
Group Long Term Disability Insurance

Effective Date:  1/1/2006

AR 67

This page left blank intentionally

AR 68

 

## STATE NOTICE

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|

To obtain information or make a complaint:

Para obtener informacion o para someter una queja:

You may call Principal Life Insurance Company's toll-free telephone number for information or to make a complaint at:

Usted puede llamar al numero de telefono gratis de Principal Life Insurance Company para informacion o para someter una queja al:

### 1-800-245-1522

### 1-800-245-1522

You may also write to Principal Life Insurance Company at:

Usted tambien puede escribir a Principal Life Insurance Company:

> Principal Life Insurance Company
> Attn:  Group Life and Health Division
> 711 High Street
> Des Moines, Iowa  50392-0001

> Principal Life Insurance Company
> Attn:  Group Life and Health Division
> 711 High Street
> Des Moines, Iowa  50392-0001

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights, or complaints at:

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, cobeturas, derechos o quejas al:

### 1-800-252-3439

### 1-800-252-3439

You may write the Texas Department of Insurance:
> P.O. Box 149104
> Austin, TX  78714-9104
> FAX # (512) 475-1771

Puede escribir al Departamento de Seguros de Texas:
> P.O. Box 149104
> Austin, TX  78714-9104
> FAX # (512) 475-1771

### PREMIUM OR CLAIM DISPUTES:

### DISPUTAS SOBRE PRIMAS O RECLAMOS:

Should you have a dispute concerning your premium or about a claim, you should contact the agent or the company first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente o la compania primero.  Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI)

GH 198 TX-3

AR 69

**ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for information only and does not become a part or condition of the attached document.

**UNA ESTE AVISO A SU POLIZA:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

GH 198 TX-3

Summary Plan Description for Purposes of Employee Retirement Income Security Act (ERISA):

This booklet-certificate (including any supplement) may be utilized in part in meeting the Summary Plan Description requirements under ERISA for insured teammates (or those listed on the front cover) of the Policyholder who are eligible for Group Long Term Disability insurance.

GH 150 ERISA-1

AR 71

Your insurance has been designed to provide financial help for you when a covered loss occurs. This plan has chosen benefits provided by a Group Policy issued by Us, Principal Life Insurance Company. To the extent that benefits are provided by the Group Policy, the administration and payment of claims will be done by Us as an insurer.

Members rights and benefits are determined by the provisions of the Group Policy. This booklet briefly describes those rights and benefits. It outlines what you must do to be insured. It explains how to file claims. It is your certificate while you are insured.

THIS BOOKLET REPLACES ANY PRIOR BOOKLET THAT YOU MAY HAVE RECEIVED. If you have any questions about this new booklet, please contact your employer. In the event of future plan changes, you will be provided with a new booklet-certificate or a booklet-certificate rider.

If you have an electronic booklet, paper copies of this booklet-certificate are also available. Please contact your Policyholder if you would like to request a paper copy.

PLEASE READ YOUR BOOKLET CAREFULLY. We suggest that you start with a review of the terms listed in the DEFINITIONS Section (at the back of the booklet). The meaningsof these terms will help you understand the insurance.

The group insurance policy and your coverage under the Group Policy may be discontinued or altered by the Policyholder or Us at any time without your consent.

We reserve complete discretion to construe or interpret the provisions of this group insurance, to determine eligibility for benefits, and to determine the type and extent of benefits, if any, to be provided. Our decisions in such matters will be controlling, binding, and final as between Us and persons covered by this group insurance, subject to the Claim Procedures shown in the Claim Procedures Section of this booklet.

The insurance provided in this booklet is subject to the laws of the state of TEXAS.

**THE PLAN UNDER WHICH THIS BOOKLET-CERTIFICATE IS ISSUED IS NOT A PLAN OF WORKERS' COMPENSATION INSURANCE. YOU SHOULD CONSULT YOUR EMPLOYER TO DETERMINE WHETHER YOUR EMPLOYER IS A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM.**

PRINCIPAL LIFE
INSURANCE COMPANY
Des Moines, IA  50392-0001

GH 800 TX                             1

# TABLE OF CONTENTS

Long Term Disability Insurance Summary                                    3

Teammate Statement                                                         5

Eligibility and Effective Dates                                            6

Benefit Qualification                                                     10

Benefits Payable                                                          12

Monthly Payment Limit                                                     15

Benefit Payment Period and Recurring Disability                           16

Limitations                                                               19

Treatment of Alcohol, Drug or Chemical Abuse, Dependency,                 21
or Addiction, a Mental Health Condition, or a Special Condition

Termination, Continuation, and Reinstatement                              22

Rehabilitation Services and Benefits                                      24

Survivor Benefit and Accelerated Survivor Benefit                         26

Claim Procedures                                                          27

Statement of Rights                                                       32

Supplemental Information                                                  34

Definitions                                                               36

GH 801 McL                          2

**LONG TERM DISABILITY INSURANCE SUMMARY**
**ACCOUNT NUMBER: H25974**

| | |
|---|---|
| Eligible Group | Hourly/Driver Teammates working at least 30 hours a week |
| Eligibility | You will be eligible for insurance on the later of:<br>    a.  January 1, 2006; or<br>    b.  First day of the pay period following 90 days of service.<br><br>Rehires within 90 days of termination are eligible on their rehire date, provided they were eligible on their termination date. Rehires over 90 days are eligible on the first day of the pay period following 90 days of service. |
| Who Pays for Coverage | You are required to pay the entire premium for insurance under the Group Policy. |
| Elimination Period | 180 days |
| Own Occupation Period | One year |
| Monthly Benefit | 60% of your Predisability Earnings to $5,000. |
| Minimum Monthly Benefit | The greater of 10% of your Primary Monthly Benefit or $100 |

| Plan Type | Member's Age on The Date Disability Begins | Months of the Benefit Payment Period |
|---|---|---|
| Plan 1<br>2 Year Maximum Benefit Payment Period | Before age 69<br><br><br>69 and over | Lesser of 2 Years or to Age 70<br><br><br>12 months |
| Plan 2<br>5 Year Maximum Benefit Payment Period | Before age 62<br><br><br>62<br>63<br>64<br>65<br>66<br>67<br>68<br>69 and over | Lesser of 5 Years or to Age 65<br><br><br>42 months<br>36 months<br>30 months<br>24 months<br>21 months<br>18 months<br>15 months<br>12 months |

GH 802 McL               3

| Plan 3<br>Social SecurityN ormal Retirement Age<br>Maximum Benefit Payment Period | Before age 65 | Greater of 36 Months<br>or to Social Security<br>Normal Retirement<br>Age |
|---|---|---|
| | 65-67<br>68-69<br>70-71<br>72 and over | 24 months<br>18 months<br>15 months<br>12 months |
| Rehabilitation Services and Benefits | | |
|    Rehabilitation Services | Included | |
|    Predisability Intervention Services | Included | |
|    Rehabilitation Incentive Benefit | 5% | |
|    Reasonable Accommodation Benefit | $2,000 | |
| Other Coverage Features | | |
|    Work Incentive Benefit | 12 months | |
|    Survivor Benefit | six times  Primary Monthly Benefit | |
| Pre-Existing Conditions | 3/12 | |
| **NOTE:**<br>Benefits may be reduced by other sources of income and disability earnings.<br>Some disabilities may not be covered or may be limited under this insurance. | | |

This summary provides only highlights of the Group Policy.  The entire Group Policy determines
all rights, benefits, exclusions and limitations of the insurance described above.

AR 75

## TEAMMATE STATEMENT

All statements made by any person insured will be representations and not warranties.

Int he absence of fraud, these statements may not be used to contest the insured person's coverage unless:

a. the insurance has been in force for less than two years during the insured person's lifetime; and

b. the statement is in Written form Signed by the insured person; and

c. a copy of the form which contains the statement is given to the insured person or the insured person's beneficiary at the time insurance is contested.

However, the above will not preclude the assertion at any time of defenses based upon the person's not being eligible for insurance under the Group Policy or upon other provisions of the Group Policy.

In addition, if a person's age is misstated, We may, at any time, adjust premiums and benefits to reflect the correct age.

We may, at any time, terminate a Member's eligibility under the Group Policy in Writing and with 31 day notice:

a. if the individual submits any claim that contains false or fraudulent elements under state or federal law;

b. upon finding in a civil or criminal case that a Member has submitted claims that contain false or fraudulent elements under state or federal law;

c. when a Member has submitted a claim which, in good faith judgment and investigation, a Member knew or should have known, contains false or fraudulent elements under state or federal law.

GH 804 McL                                  5

AR 76

# ELIGIBILITY AND EFFECTIVE DATES

**Eligibility**

To be eligible for insurance you must be a Member.

If you are a Member on January 1, 2006, you will be eligible on that date.

If you become a Member after January 1, 2006, you will be eligible on the first pay period following 90 days of service.

Rehires within 90 days of termination are eligible on their rehire date, provided they were eligible on their termination date. Rehires over 90 days are eligible on the first day of the pay period following 90 days of service.

**Actively at Work**

Your effective date for Long Term Disability Insurance will be as explained in this booklet, if you are Actively at Work on that date. If you are not Actively at Work on the date insurance would otherwise be effective, such insurance will not be in force until the day of return to Active Work.

This Actively at Work requirement will be waived for Members who:

a.   are absent from Active Work because of a regularly scheduled day off, holiday, or vacation day; and

b.   were Actively at Work on their last scheduled work day before the date of their absence; and

c.   were capable of Active Work on the day before the scheduled effective date of their insurance or change in their insurance, whichever is applicable.

**Proof of Good Health Requirements**

The type and form of required Proof of Good Health will be determined by Us. You must submit Proof of Good Health:

a.   If insurance for which you contribute to the premium is requested after your eligibility date.

b.   If you have failed to provide required Proof of Good Health or have been refused insurance under the Group Policy at any prior time.

c.   If you elect to terminate insurance and later request to be insured again.

GH 805 McL                          6

d.   If you elect to change your benefit.

**Changes to Elections**

Since you are required to pay all of premium, insurance must be requested.  Teammates can only elect or change disability coverage during their eligibility period, at Open Enrollment, or for a Family Status Change/Qualifying Event.   You must request disability insurance through the Policyholder's enrollment process.

**Effective Date at Eligibility**
**(Proof of Good Health Not Required)**

The requested insurance will be in force on:

a.   the date you are eligible if you make a request according to the Policyholder's enrollment process.

**Open Enrollment Period**

An Open Enrollment Period will be available for any Member every year who:

a.   failed to enroll:

   –   during the first period in which he or she was eligible to enroll; or

   –   during any previous Open Enrollment Period; or

b.   are currently enrolled for coverage and want to change their coverage; or

c.   previously terminated insurance under this group policy and wants to re-enroll.

To qualify for enrollment during the Open Enrollment Period, you must meet the eligibility requirements described in the Group Policy.

The Open Enrollment Period will be designated by the Policyholder.

**Effective Date at Open Enrollment**
**(Proof of Good Health Required)**

The effective date for any such individual requesting insurance during the Open Enrollment Period will be the later of:

a.   the January 1 following the date of completion of the Open Enrollment Period; or

b.   the date insurance is approved by Us.

GH 805 McL                              7

AR 78

**Family Status Change/Qualifying Event**

You may request an increase in Scheduled Benefits, a decrease in Scheduled Benefits, or the addition of Scheduled Benefits for which you were not previously insured if a change in your family status has occurred, as determined by the Policyholder, provided a request for such increase, decrease, or addition is made in Writing within 31 days after the date of the change in family status. Typical qualifying events include:

a.    marriage

b.    divorce

c.    birth or adoption of a child

c.    death of a spouse or eligible Dependent

d.    a change in your spouse's employment

f.    a child no longer qualifies as a dependent due to age, student status, or marriage.

**Effective Date at Family Status Change/Qualifying Event**
**(Proof of Good Health Required)**

A change in the Scheduled Benefits because of a request by you when a change in family status has occurred will normally be effective on the later of:

a.    the date the change would otherwise be effective if Proof of Good Health had not been required; or

b.    the date Proof of Good Health is approved by Us.

**Effective Date for Benefit Changes Due to a Change in Monthly Earnings**

A change in Benefit Payable amount because of a change in your Monthly Earnings will normally be effective on the date of change. However, if you are not Actively at Work on the date a Benefit Payable change would otherwise be effective, the Benefit Payable change will not be in force until the date you return to Active Work.

**Effective Date for Benefit Changes Due to a Change in Employment Classification**

A change in Benefit Payable amount because of a change in your employment classification will normally be effective on the date of change. However, if you are not Actively at Work on the date a Benefit Payable change would otherwise be effective, the Benefit Payable change will not be in force until the date you return to Active Work.

AR 79

**Effective Date for Benefit Changes - Change by Policy Amendment or Endorsement**

A change in amount of your Benefit Payable because of a change in the Benefit Payable by amendment or endorsement to the Group Policy will be effective on the date of change. However, if you are not Actively at Work on the date a Benefit Payable change would otherwise be effective, the Benefit Payable change will not be in force until the date you return to Active Work.

GH 805 McL                                       9

## BENEFIT QUALIFICATIONS

You will qualify for Disability benefits, if all of the following apply:

    a.    You are Disabled under the terms of the Group Policy.

    b.    Your Disability begins while you are insured under the Group Policy.

    c.    Your Disability is not subject to any of the Limitations listed in this booklet.

    d.    An Elimination Period of 180 days is completed.

    e.    A Benefit Payment Period is established.

    f.    You are under the Regular and Appropriate Care of a Physician.

    g.    The claim requirements listed in the CLAIM PROCEDURES Section are satisfied.

A Benefit Payment Period will be established on the latest of:

    a.    the date you complete an Elimination Period; or

    b.    the date six months before The Principal receives Written proof of your Disability;

    c.    the day after the date your Short Term Disability Benefit Payment Period ends.

**How to File a Claim**

Notify your Manager or Supervisor of your absence, and then contact Principal Life Insurance Company by calling 1-877-266-4395 to begin the Long Term Disability claim filing process.

**Disability; Disabled**

You will be considered Disabled if, solely and directly because of sickness, injury, or pregnancy:

During the Elimination Period and the Own Occupation Period, one of the following applies:

    a.    You cannot perform the majority of the Substantial and Material Duties of your Own Occupation.

    b.    You are performing the duties of your Own Occupation on a Modified Basis or any occupation and are unable to earn more than 80% of your Indexed Predisability Earnings.

GH 807 McL               10

AR 81

After completing the Elimination Period and the Own Occupation Period, one of the following applies:

a.   You cannot perform the majority of the Substantial and Material Duties of any Gainful Occupation for which you are or may reasonably become qualified based on education, training, or experience.

b.   You are performing the Substantial and Material Duties of your Own Occupation or any occupation on a Modified Basis and are unable to earn more than 60% of your Indexed Predisability Earnings.

The loss of a professional or occupational license or certification does not, in itself, constitute a Disability.

GH 807 McL                          11

AR 82

## BENEFITS PAYABLE

**Primary Monthly Benefit**

The Primary Monthly Benefit is 60% of your Predisability Earnings and will not exceed the Maximum Monthly Benefit of $5,000.

**Minimum Monthly Benefit**

In no event will the Monthly Benefit Payable be less than the greater of 10% of your Primary Monthly Benefit or $100 for each full month of a Benefit Payment Period, except that We will have the right to reduce the Minimum Monthly Benefit by any prior benefit overpayment. The Benefit Payable for each day of any part of a Benefit Payment Period that is less than a full month will be the monthly benefit divided by 30.

**If you are not working during a period of Disability**

Your Benefit Payable for each full month of a Benefit Payment Period will be your Primary Monthly Benefit less Other Income Sources.

**If you are working during a period of Disability**

Your work incentive Benefit Payable for each full month of a Benefit Payment Period will be:

a.   For the first 12 months, the lesser of:

    (1)   100% of Indexed Predisability Earnings less Other Income Sources, less Current Earnings from your Own Occupation or any occupation; or

    (2)   the Primary Monthly Benefit less Other Income Sources; and

b.   Thereafter, your Primary Monthly Benefit less Other Income Sources, multiplied by your Income Loss Percentage.

On each March 1, following the date you become Disabled, your Predisability Earnings will be increased by the average rate of increase in the Consumer Price Index during the preceding calendar year, subject to an annual maximum of 10%.

If you have been Disabled for less than one year as of March 1, the amount of the increase will be multiplied by the ratio of:

a.   the number of completed months of Disability as of March 1;

b.   divided by 12 months.

GH 808 McL                               12

Consumer Price Index means the U.S. City Average for Urban Consumers, All Items, as published in the Consumer Price Index bythe   United States Department of Labor for the preceding calendar year.

**Other Income Sources (Deductible)**

a.  all disability payments that you and your Dependents receive (or would have received if complete and timely application had been made) under the Federal Social Security Act, Railroad Retirement Act, or any similar act of any federal, state, provincial, municipal, or other governmental agency; and

b.  if you have reached Social Security Normal Retirement Age or older, all retirement payments that you and your Dependents receive or would have received if complete and timely application had been made) under the Federal Social Security Act, Railroad Retirement Act, or any similar act of any federal, state, provincial, municipal, or other governmental agency; and

c.  if you are less than Social Security Normal Retirement Age, all retirement payments that you and your Dependents receive under the Federal Social Security Act, Railroad Retirement Act, or any similar act of any federal, state, provincial, municipal, or other governmental agency; and

d.  all payments that you receive from a permanent or temporary award or settlement under a Worker's Compensation Act, or other similar law, whether or not liability is admitted. Payments that are specifically set out in an award or settlement as medical benefits, rehabilitation benefits, income benefits for fatal injuries or income benefits for scheduled injuries involving loss or loss of use of specific body members will not be considered an Other Income Source; and

e.  all payments that you receive (or would have received if complete and timely application had been made) under a policy that provides benefits for loss of time from work, if the Policyholder pays a part of the cost or makes payroll deductions for that coverage; and

f.  all payments that you receive or are eligible to receive under another group disability insurance policy; and

g.  all payments that you receive under any state disability plan; and

h.  all severance pay that you receive from the Policyholder; and

i.  all retirement payments attributable to employer contributions and all disability payments attributable to employer contributions that you receive under a pension plan sponsored by the Policyholder.  A pension plan is a defined benefit plan or defined contribution plan providing disability or retirement benefits for teammates. A pension plan does not include a profit sharing plan, a thrift savings plan, a nonqualified deferred compensation plan, a plan under Internal Revenue Code Section 401(k) or 457, an Individual Retirement Account

GH 808 McL                    13

(IRA), aTa x Deferred Sheltered Annuity (TSA) under Internal RevenueCode  Section 403(b), a stock ownership plan, or a Keogh (HR-10) plan with respect to partners; and

j.   all payments that you receive for loss of income under no-fault auto laws.  Supplemental disability benefits purchased under a no-fault law will not be counted.

**Other Income Sources (Non Deductible)**

a.   If any severance pay or loss of time from work payments specified above are attributable to individual disability insurance policies, the payments will not be considered an Other Income Source.

b.   Any retirement payments you receive under the Federal Social Security Act or a pension plan which you had been receiving in addition to your Monthly Earnings prior to a claim for Disability, will not be considered an Other Income Source.

c.   Military or Veterans Administration disability or retirement payments will not be considered an Other Income Source.

d.   After the initial deduction for each of the Other Income Sources, benefits will not be further reduced due to any cost of living increases payable under the above stated sources.

e.   Withdrawal of pension plan benefits by you for the purpose of placing the benefits in a subsequent pension plan or a deferred compensation plan will not be considered an Other Income Source unless you withdraw pension benefits from the subsequent pension plan or defined compensation plan due to disability or retirement.

GH 808 McL                                    14

## MONTHLY PAYMENT LIMIT

In no event will the sum of amounts payable for the following exceed 100% of your Predisability Earnings:

a.   Benefits Payable as described in this booklet;

b.   Rehabilitation Incentive Benefit;

c.   income from Other Income Sources;

d.   Current Earnings from your Own Occupation or any occupation;

e.   sick pay;

f.   salary continuance payments;

g.   personal time off;

h.   payments attributable to individual disability insurance policies.

If you are eligible for a work incentive Benefit Payable, the Monthly Payment Limit will be increased to 100% of Indexed Predisability Earnings for the first 12 months.

In the event your total income from all sources listed above exceeds 100% of Predisability Earnings, the benefits as described in this booklet will be reduced by the amount in excess of 100% of Predisability Earnings.

GH817 McL                    15

**BENEFIT PAYMENT PERIOD**
**AND**
**RECURRING DISABILITY**

**Benefit Payment Period**

For Teammates Electing **Plan 1**:

Benefits are payable:

a.   if Disability begins before age 69, until the earlier of the date 24 months after the Benefit
     Payment Period starts for one continuous Disability or for a Recurring Disability, or the
     date you attain age 70 (except the Benefit Payment Period will not be less than 12 months);
     or

b.   if Disability begins at or after age 69, until the date 12 months after the Benefit Payment
     Period begins.

For Teammates Electing **Plan 2**:

Benefits are payable:

a.   if Disability begins before age 62, until the earlier of the date five years after the Benefit
     Payment Period starts for one continuous Disability or Recurring  Disability, or the date
     you attain age 65 (exceptthat  the Benefit Payment Period will not be less than 42 months);
     or

b.   if Disability begins on or after age 62, until the date of completion of the number of months
     shown below after the Benefit Payment Period begins:

| Your Age on the Date<br>Disability Begins | Months of the Benefit Payment Period<br>(Beginning with the date the<br>Benefit Payment Period begins) |
|:---:|:---:|
| 62 | 42 |
| 63 | 36 |
| 64 | 30 |
| 65 | 24 |
| 66 | 21 |
| 67 | 18 |
| 68 | 15 |
| 69 and over | 12 |

GH819 McL                    16

AR 87

For Teammates Electing **Plan 3**:

Benefits are payable:

a.  if your Disability begins before you are age 65, until the later of the date 36 months after your Benefit Payment Period begins, or the date you attain Social Security Normal Retirement Age; or

b.  if your Disability begins on or after you are age 65, until the later of the date of Social Security Normal Retirement Age, or the date of completion of the number of months shown below after your Benefit Payment Period begins:

| Your Age on the Date Disability Begins | Months of the Benefit Payment Period (Beginning with the date the Benefit Payment Period begins) |
|---|---|
| 65, 66, 67 | 24 |
| 68, 69 | 18 |
| 70, 71 | 15 |
| 72 and over | 12 |

However, in no event, will benefits continue beyond:

a.  the date of your death; or

b.  the date your Disability ends, unless aRe curring Disability exists as explained in this booklet; or

c.  the date you fail to provide any required proof of Disability; or

d.  the date you fail to submit to any required medical examination or evaluation; or

e.  the date you fail to report any required Current Earnings information; or

f.  the date you fail to report income from Other Income Sources; or

g.  the date ten days after receipt of notice from Us if you fail to pursue Social Security Benefits or benefits under a Workers' Compensation Act or similar law as described in this booklet; or

h.  if Disability results from alcohol, drug or chemical abuse, dependency, or addiction, a Mental Health Condition or a Special Condition, the date 24 months after the Benefit Payment Period begins; or

i.  the date you cease to be under the Regular and Appropriate Care of a Physician.

GH819 McL                                17

AR 88

**Recurring Disability**

A Recurring Disability will exist under the Group Policy if:

a.   after you have completed an Elimination Period and during a Benefit Payment Period, you cease to be Disabled; and

b.   you then return to Active Work; and

c.   while insured under the Group Policy but before completing six continuous months of Active Work, you are again Disabled; and

d.   your current Disability and the Disability for which you completed the Elimination Period result from the same or a related cause.

A Recurring Disability will be treated as if the initial Disability had not ended, except that no benefits will be payable for the time between Disabilities. You will not be required to complete a new Elimination Period. Benefits will be payable from the first dayo f each Recurring Disability, but only for the remainder, if any, of the Benefit Payment Period established for the initial Disability.

If you are covered under another group long term disability plan on the date of  your recurrent disability and are entitled to benefits under that plan you will not be eligible for further payments from Us.

GH819 McL                                    18

## LIMITATIONS

No benefits will be paid for any Disability that:

a.   results from willful self-injury, while sane or insane; or

b.   results from war or act of war (declared or undeclared); or

c.   results from participation in an assault, felony, or riot; or

d.   is a new Disability that begins after a prior Benefit Payment Period has ended and you have not returned to Active Work; or

e.   is a continuation of a Disability for which a Benefit Payment Period has ended and you have not returned to Active Work (except as provided for a Recurring Disability in this booklet); or

f.   is caused by, a complication of, or resulting from a Preexisting Condition as described in this booklet; or

g.   results from the loss of a professional or occupational license or certification.

**Preexisting Conditions Exclusion for Initial Insurance**

A Preexisting Condition is any sickness or injury, including all related conditions and complications, or pregnancy, f or which you:

a.   received medical treatment, consultation, care, or services; or

b.   were prescribed or took prescription medications;

in the three month period before you became insured under the Group Policy.

No benefits will be paid for a Disability that results from a Preexisting Condition unless, on the date you become Disabled, you have been Actively at Work for one full day after completing 12 consecutive months during which you were insured under the Group Policy.

**Preexisting Conditions Exclusion for Benefit Increases**

A Preexisting Condition is any sickness or injury, including all related conditions and complications, or pregnancy, f or which you:

a.   received medical treatment, consultation, care, or services; or

b.   were prescribed or took prescription medications;

GH 821 McL                              19

in the three month period prior to an increase in benefits or change in the Group Policy, including increases in benefits due to a change in Monthly Earnings of 25% or greater.

The benefits and the Group Policy provisions in force immediately prior to the increase or change will be payable for the duration of a Disability that:

a.    results from a Preexisting Condition; and

b.    begins within 12 months after the effective date of the increase in benefits or change in the Group Policy provisions.

GH 821 McL                    20

AR 91

## TREATMENT OF ALCOHOL, DRUG OR CHEMICAL ABUSE, DEPENDENCY, OR ADDICTION, A MENTAL HEALTH CONDITION, OR SPECIAL CONDITION

Your period of Disability will be considered due to alcohol, drug or chemical abuse, dependency, or addiction, a Mental Health Condition or a Special Condition if:

a.   you are limited by one or more of the stated conditions; and

b.   you do not have other conditions which, in the absence of the above stated conditions, would continue to exist, limit activities and lead Us to conclude that you are Disabled for another condition in and of itself.

When Disability results from alcohol, drug or chemical abuse, dependency, or addiction, a Mental Health Condition or a Special Condition, the maximum number of Benefits Payable for all such periods of Disability is limited to 24 months. This is not a separate maximum for each such condition, or for each period of Disability, but a combined lifetime maximum for all periods of Disability and for all of these conditions, either separate or combined.

However, if at the end of that 24 months, you are confined in a Hospital or other facility qualified to provide necessary care and treatment for alcohol, drug or chemical abuse, dependency, or addiction, a Mental Health Condition or a Special Condition, then the Benefit Payment Period may be extended to include the time during which you remain confined.

Benefits will be payable for the length of the confinement and for up to 60 days following the end of the confinement. If you are Hospital confined again during the 60-day period for at least ten consecutive days, benefits will be payable for the length of the second confinement and for up to 60 days following the end of the second confinement.

GH 820 McL                      21

AR 92

# TERMINATION, CONTINUATION AND REINSTATEMENT

**Termination of Insurance**

Your insurance will terminate on the earliest of:

a.    the date the Group Policy is terminated; or

b.    the date the last premium is paid for your insurance; or

c.    the date you cease to be a Member as defined; or

d.    the date you cease to be in a class for which Member Insurance is provided; or

e.    the date you cease Active Work except as provided below.

Termination of insurance for any reason described above will not affect your rights to benefits, if any, for a Disability that begins while your insurance is in force under the Group Policy.  You are considered to be continuously Disabled if you are Disabled from one condition and, while still Disabled from that condition, incur another condition that causes Disability.

**Continuation**

You may qualify to have your insurance continued under one or more of the continuation provisions below.  If you qualify for continuation under more than one provision, the longest period of continuation will be applied, and all periods of continuation will run concurrently.

**Continuation and Reinstatement – Leave of Absence**

If you cease Active Work due to a leave of absence, your insurance can be continued, subject to premium payment, until the earlier of:

a.    the date insurance would otherwise terminate as provided in items a. through e. above; or

b.    the date six months after Active Work ends.

A longer period may be allowed for an approved leave of absence taken in accordance with the provisions of the federal law regarding Uniform Services Employment and Reemployment Rights Act of 1994 (USERRA).

**Continuation and Reinstatement - Family and Medical Leave Act (FMLA)**

If you cease Active Work due to an approved leave of absence under FMLA, the Policyholder may choose to continue your insurance, subject to premium payment, until the date 12 weeks after Active Work ends.

GH 806 McL                                22

AR 93

Your terminated insurance may be reinstated in accordance with the provisions of FMLA.

GH 806 McL                              23



# REHABILITATION SERVICES AND BENEFITS

**Rehabilitation Services and Benefits**

While you are Disabled and covered under the Group Policy, you may qualify to participate in a rehabilitation plan and receive Rehabilitation Services and Benefits. We will work with you, the employer, and your Physician(s), and others as appropriate, to develop an individualized rehabilitation plan intended to assist you in returning to work.

**Rehabilitation Services**

While you are Disabled under the terms of the Group Policy, you may qualify for Rehabilitation Services. If you, the Policyholder, and The Principal agree in Writing on a rehabilitation plan in advance, We may pay a portion of reasonable expenses. The goal of the plan will be to return you to work.

Any rehabilitation assistance must be approved in advance by The Principal and outlined in a rehabilitation plan. The Benefit Payable as described in the booklet (subject to the terms and conditions of the Group Policy) will continue, unless modified by the rehabilitation plan. Rehabilitation assistance may include, but is not limited to:

a.   coordination of medical services;

b.   vocational and employment assessment;

c.   purchasing adaptive equipment;

d.   business/financial planning;

e.   retraining for a new occupation;

f.   education expenses.

We will periodically review the rehabilitation plan and your progress and We will continue to pay for the agreed upon expenses as long as We determine that the rehabilitation plan is providing the necessary action to return you to work.

**Predisability Intervention Services**

Rehabilitation Services may be offered if you have not yet become Disabled under the terms of the Group Policy, provided you have a condition which has the potential of resulting in the inability to perform the Substantial and Material Duties of your Own Occupation.

GH 809 McL                                      24

AR 95

**Rehabilitation Incentive Benefit**

During a Benefit Payment Period, if you are participating in and fulfilling the requirements of the rehabilitation plan, but are not yet working, you will be eligible for a 5% increase in the Primary Monthly Benefit percentage as a Rehabilitation Incentive Benefit. Payment of the Rehabilitation Incentive Benefit will begin with the Benefit Payable amount that next follows implementation of the rehabilitation plan. The Rehabilitation Incentive Benefit is not subject to the Maximum Monthly Benefit.

The Rehabilitation Incentive Benefit will terminate on the earliest of:

a.    the date the time frame established in the rehabilitation plan has elapsed; or

b.    the date you fail to meet the goals and objectives established in the rehabilitation plan; or

c.    the date you have received a total of 12 months of Rehabilitation Incentive Benefits; or

d.    the date benefits would otherwise terminate as described in this booklet.

**Reasonable Accommodation Benefit**

a.    **Eligibility**

You or an employer may be eligible for a Reasonable Accommodation Benefit provided you would be able to return to work with Reasonable Accommodation of the work environment. This benefit must be approved by The Principal in Writing prior to implementation.

b.    **Benefit**

We will reimburse you or an employer for expenses incurred to modify the workplace to allow you to return to work, up to the actual expense, not to exceed $2,000 per Benefit Payment Period. Expenses may include the cost of tools, equipment, furniture, or any other changes to the work-site or environment that We agree will allow you to return to work. Any payment made for Reasonable Accommodation would be the difference between the cost and the amount paid or payable by third parties (including any amount paid under a policy of medical coverage).

**Reasonable Accommodation**

Changes in your work environment or in the way a job is performed which allows you to perform the essential functions of that job.

## SUVIVOR BENEFIT AND ACCELERATED SUVIVOR BENEFIT

**Survivor Benefit**

In the event a Benefit Payment Period ends because of your death, a Survivor Benefit will be payable. This Survivor Benefit will be six times your Primary Monthly Benefit.

We will pay the Survivor Benefit to your spouse, child, parent, or estate as described in the CLAIM PROCEDURES Section.

**Accelerated Survivor Benefit**

**Definition of Terminally Ill**

You will be considered Terminally Ill under the Group Policy if you are expected to die within 12 months of the date you request payment of the Accelerated Survivor Benefit.

**Eligibility**

We will pay you an Accelerated Survivor Benefit if you request such payment and meet the following requirements.  You must:

a.   · satisfy the Benefit Qualifications listed in this booklet; and

b.    provide proof that you are Terminally Ill by submitting to Us:

   (1)  a statement from your Physician; and
   (2)  any other medical information that We believe necessary to confirm your status; and

c.    be living on the date of payment of the Accelerated Survivor Benefit.

**Benefit**

If you qualify, We will pay an Accelerated Survivor Benefit.  This benefit will be equal to six times your Primary Monthly Benefit and will be paid to you in a single lump sum.  This benefit is paid in addition to your regular Benefit Payable.

**Effect on Survivor Benefit**

If an Accelerated Survivor Benefit is paid, no Survivor Benefit will be payable.

AR 97

# CLAIM PROCEDURES

## Notice of Claim

Notice of claim must be given to Us within three months after the date of loss for which claim is being made. Failure to give notice within the time specified will not invalidate or reduce any claim if notice is given as soon as reasonably possible.

## Claim Forms

Claim forms and other information needed to provide proof of Disability must be filed with Us in order to obtain payment of benefits. The Policyholder will provide appropriate claim forms to assist you in filing claims. If the forms are not provided within 15 days after We receive notice of claim, you will be considered to have complied with the requirements of the Group Policy regarding proof of Disability upon submitting, within the time specified below for filing Written proof of Disability, Written proof covering the occurrence, character and extent of the loss.

## Proof of Disability

Claim forms and other information needed to prove Disability should be filed promptly. Written proof that Disability exists and has been continuous must be sent to Us within six months after the date you complete an Elimination Period. Proof required includes the date, nature, and extent of the loss. Further proof that Disability has not ended must be sent when requested by Us. We may request additional information to substantiate your loss or require a Signed unaltered authorization to obtain that information from the provider. We reserve the right to determine when these conditions are met. Your failure to comply with such request could result in declination of the claim. For purposes of satisfying the claims processing timing requirements of the Employee Retirement Income Security Act (ERISA), receipt of claim will be considered to be met when the Elimination Period has been completed and the appropriate claim form is received by Us.

## Proof of Disability while outside the United States

If during a period of Disability, you are residing or staying outside the United States, the following will apply:

a. Any evidence you submit for your claim will be required to be translated by the U.S. Embassy and contain the U.S. Embassy seal.

b. You may be required to return to the United States at a frequency We deem necessary to substantiate your claim for Disability. All expenses incurred by you for returning to the United States will be your responsibility.

GH 823 McL                27

AR 98

c.    You must notify Us in advance of any return to the United States and your change of address.

Your failure to comply with such request could result in declination of the claim.  For purposes of satisfying the claims processing timing requirements of the Employee Retirement Income Security Act (ERISA), receipt of claim will be considered to be met when the Elimination Period has been completed and the appropriate claim form is received by Us.

**Payment, Denial, and Review**

ERISA permits up to 45 days from receipt of claim for processing the claim.  If a claim cannot be processed due to incomplete information, We will send a Written explanation prior to the expiration of the 45 days.  A claimant is then allowed up to 45 days to provide all additional information requested.  We are permitted two 30-day extensions for processing an incomplete claim.  Written notification will be sent to you regarding the extension.

State law requires that all benefits payable under the Group Policy must be payable not more than 60 days after receipt of proof of loss.

In actual practice, benefits under the Group Policy will be payable sooner, providing We receive complete and proper proof of Disability.  Further, if a claim is not payable or cannot be processed, We will submit a detailed explanation of the basis for its denial.

A claimant may request an appeal of a claim denial by Written request to Us within 180 days of the receipt of notice of the denial.  We will make a full and fair review of the claim.  We may require additional information to make the review.  We will notify you in Writing of the appeal decision within 45 days after receipt of the appeal request.  If the appeal cannot be processed within the 45-day period because We did not receive the requested additional information, We are permitted a 45-day extension for the review.  Written notification will be sent to the claimant regarding the extension.  After exhaustion of the formal appeal process, the claimant may request an additional appeal.  However, this appeal is voluntary and does not need to be filed before asserting rights to legal action.

For purposes of this section, "claimant" means Member.

**Report of Payments from Other Income Sources**

When asked, you must give Us:

a.    a report of all payments from Other Income Sources; and

b.    proof of application for all such income for which you and your Dependents are eligible; and

c.    proof that any application for such income has been rejected.

AR 99

**Lump Sum Payments from Other Income Sources**

If any income from Other Income Sources are payable in a lump sum (except as described below), the lump sum will be deemed to be paid in monthly amounts prorated over the time stated. If no such time is stated, the lump sum will be prorated monthly over your expected life span. We will determine the expected life span.

Lump Sum Payments under:

a.   a retirement plan will be deemed to be paid in the monthly amount which:

    (1)   is provided by the standard annuity option under the plan as identified by the Policyholder; or

    (2)   is prorated under a standard annuity table over your expected life span (if the plan does not have a standard annuity option);

b.   a Workers' Compensation Act or other similar law (which includes benefits paid under an award or a settlement) will be deemed to be paid monthly:

    (1)   at the rate stated in the award or settlement; or

    (2)   at the rate paid prior to the lump sum (if no rate is stated in the award or settlement); or

    (3)   at the maximum rate set by law (if no rate is stated and you did not receive a periodic award).

**Social Security Estimates**

Until exact amounts are known, We may estimate the Social Security benefits for which you and your Dependents are eligible and may include those estimates in your Other Income Sources.

If it is reasonable that you would be entitled to disability benefits under the Federal Social Security Act, We will require that you:

a.   apply for disability benefits within ten days after receipt of Written notice from Us requesting you to apply for such benefits; and

b.   give satisfactory proof within 30 days after receipt of Written notice from Us that you have applied for these benefits within the ten-day period; and

c.   request reconsideration of the application for Social Security benefits if the original application is denied, and appeal any denial or reconsideration if an appeal appears reasonable.

GH 823 McL                         29

**Workers' Compensation Estimates**

Until exact amounts are known, We may estimate the Workers' Compensation benefits for which you are eligible and may include those estimates in your Other Income Sources.

If it is reasonable that you would be entitled to benefits under a Workers' Compensation Act or a similar law, We will require that you:

a.   apply for benefits within ten days after receipt of Written notice from Us requesting you to apply for such benefits; and

b.   give satisfactory proof within 30 days after receipt of Written notice from Us that you have applied for these benefits within the ten-day period.

**Payments for Less Than a Full Month**

The Benefit Payable for each day of any part of a Benefit Payment Period that is less than a full month will be the monthly benefit divided by 30.

**Right to Recover Overpayments**

If an overpayment of benefits occurs under the Group Policy, We will have the option to:

a.   reduce or withhold any future benefits We determine to be due, including the Minimum Monthly Benefit; or

b.   recover the overpayment directly from you; or

c.   take any other legal action.

**Facility of Payment**

Benefits under the Group Policy will be payable at the end of each month of a Benefit Payment Period, provided complete and proper proof of Disability has been received by Us.

We reserve the right to offer a lump sum payment in lieu of continued monthly payments where liability has been established for a Benefit Payment Period if agreed upon by you and The Principal.

Any unpaid balance that remains after a Benefit Payment Period ceases will be immediately payable.

AR 101

We will normally pay benefits directly to you. However, in the special instances listed below, payment will be as indicated. All payments so made will discharge Us to the full extent of those payments.

a.    If payment amounts remain due upon your death, those amounts may, at Our option, be paid to your spouse, child, parent, or estate.

b.    If We believe a person is not legally able to give a valid receipt for a benefit payment, and no guardian has been appointed, We may pay whoever has assumed the care and support of the person. Any payment due a minor will be at the rate of not more than $200 a month.

### Medical Examinations and Evaluations

We may require you to be examined by a Physician or undergo an evaluation, at reasonable intervals, during the course of a claim. We will pay for these examinations and evaluations and will choose the Physician or evaluator to perform them. Failure to attend a medical examination or cooperate with the Physician may be cause for suspension or denial of your benefits. Failure to attend an evaluation or to cooperate with the evaluator may also be cause for suspension or denial of your benefits. If you fail to attend an examination or an evaluation, any charges incurred for not attending an appointment as scheduled may be your responsibility.

### Legal Action

Legal action to recover benefits under the Group Policy may not be started earlier than 90 days after proof of Disability is filed and before the appeal procedures have been exhausted. Further, no legal action may be started later than three years after that proof is required to be filed.

### Time Limits

Any time limits listed in this section will be adjusted as required by law.

AR 102

# STATEMENT OF RIGHTS

Federal law requires that this section be included in your booklet:

As a participant in this plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).

ERISA provides that all plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits**

- Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

- Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

**Continue Group Health Plan Coverage**

- Continue health care coveragef or yourself, spouse or Dependents if there is aloss  of coverage under the plan as a result of a qualifying event.  You or your Dependents may have to pay for such coverage.  Review this summary plan description and the documents governing the plan or the rules governing your COBRA continuation coverage rights.

- Reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another plan.  You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage.  Without evidence of creditable coverage, youm aybe subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage. See the Limitations Section, if applicable, for further information concerning preexisting condition exclusions.

GH 150-1                                     32

AR 103

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the teammate benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights.. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

AR 104



## SUPPLEMENT TO YOUR BOOKLET-CERTIFICATE

The Employee Retirement Income Security Act (ERISA) requires that certain information be furnished to each participant in a teammate benefit plan. Policyholders may use this booklet-certificate in part in meeting Summary Plan Description requirements under ERISA.

1.   **Employer Plan Identification Number:**

       EIN: 74-1478631
       PN:  502

2.   **Type of Administration:**

       Long Term Disability Insurance Contract

3.   **Plan Administrator:**

       McLane Company,I nc.
       4747 McLane Parkway
       Temple TX 76503
       254-771-7500

4.   **Plan Sponsor:**

       McLane Company,I nc.
       4747 McLane Parkway
       Temple TX 76503

5.   **Agent for Legal Services:**

       McLane Company,I nc.
       4747 McLane Parkway
       Temple TX 76503
       254-771-7500

       Legal process may also be served upon the plan administrator.

6.   **Type of Participants Covered Under the Plan:**

       All active full-time teammates of McLane Company, Inc. and provided that, for each teammate, he or she also meets the definition of a Member as defined in the DEFINITIONS Section of this booklet.

7.   **Sources and Methods of Contributions to the Plan:**

       The Teammate pays 100% of this coverage.

AR 105

8.   **Ending Date of Plan's Fiscal Year:**

·      December 31

GH 150-1                                    35



## DEFINITIONS

Several words and phrases used to describe your insurance are capitalized whenever they are used in this booklet.  These words and phrases have special meanings as explained in this section.

**Active Work; Actively at Work**

You are considered Actively at Work if you are able and available for active performance of all of your regular duties.  Short term absence because of a regularly scheduled day off, holiday, vacation day, jury duty, funeral leave, or personal time off is considered Actively at Work provided you are able and available for active performance of all of your regular duties and were working the day immediately prior to the date of your absence.

**Benefit Payment Period**

The period of time during which benefits are payable.

**Current Earnings**

Your Monthly Earnings for each month that you are Disabled.  While Disabled, your Monthly Earnings may result from working for the Policyholder or any other employer.

**Dependent**

Any person who qualifies for benefits as a dependent under the Federal Social Security Act as a result of your Disability or retirement, whether or not residing in your home.

**Disability; Disabled**

You will be considered Disabled if, solely and directly because of sickness, injury, or pregnancy:

During the Elimination Period and the Own Occupation Period, one of the following applies:

a.   You cannot perform the majority of the Substantial and Material Duties of your Own Occupation.

b.   You are performingthe  duties of your Own Occupation on a Modified Basis or any occupation and are unable to earn more than 80% of your Indexed Predisability Earnings.

AR 107

After completing the Elimination Period and the Own Occupation Period, one of the following applies:

a.   You cannot perform the majority of the Substantial and Material Duties of any Gainful Occupation for which you are or may reasonably become qualified based on education, training, or experience.

b.   You are performing the Substantial and Material Duties of your Own Occupation or any occupation on a Modified Basis and are unable to earn more than 60 % of your Indexed Predisability Earnings.

The loss of a professional or occupational license or certification does not, in itself, constitute a Disability.

**Employment Classification**

This is the classification under which the Policyholder will determine the policy you will be insured through.

**Elimination Period**

The period of time you must be Disabled before benefits begin to accrue. An Elimination Period starts on the date you are Disabled and must be satisfied for each period of Disability. The Elimination Period is 180 days. If you are in the process of satisfying the Elimination Period, you may recover from the Disability for a period of time and then again become Disabled from the same or a different cause. A recovery will not require you to start a new Elimination Period as long as the Elimination Period is satisfied within 360 days from the date of disability. The periods of Disability will be combined to satisfy the Elimination Period.

**Gainful Occupation**

Employment in which the Member could reasonably be expected to earn an amount equal to or greater than the Primary Monthly Benefit.

**Generally Accepted**

Treatment, service, or medication that:

a.   has been accepted as the standard of practice according to the prevailing opinion among experts as shown by (or in) articles published in authoritative, peer-reviewed medical, and scientific literature; and

b.   is in general use in the medical community; and

c.   is not under continued scientific testing or research as a therapy for the particular sickness or injury which is the subject of the claim.

GH 824 McL                        37

**Group Policy**

The policy of group insurance issued to the Policyholder by Us which describes benefits and provisions for insured Members.

**Hospital**

An institution that is licensed as a Hospital by the proper authority of the state in which it is located, but not including any institution, or part thereof, that is used primarily as a clinic, convalescent home, rest home, home for the aged, nursing home, custodial care facility, or training center.

**Income Loss Percentage**

Your Income Loss Percentage is equal to:

a.    your Indexed Predisability Earnings less any Current Earnings from your Own Occupation or any occupation; divided by

b.    your Indexed Predisability Earnings.

**Indexed Predisability Earnings**

Your Predisability Earnings adjusted for increases in the Consumer Price Index.

**Maximum Monthly Benefit**

$5,000

**Member**

Any hourly/driver teammate who is a full-time employee of the Policyholder and who regularly works at least 30 hours a week.  Work must be at the Policyholder's usual place or places of business, at an alternative worksite at the direction of the Policyholder, or at another place to which the teammate must travel to perform his or her regular duties.  This excludes any person who is scheduled to work for the Policyholder on a seasonal, temporary, contracted, or part-time basis.

**Mental Health Condition**

Any condition which is:

GH 824 McL

AR 109

a.   manifested by ap sychiatric disturbance including, but not limited to, abiolo gically or chemically based disorder; and

b.   categorized in the current edition of the American Psychiatric Associations Diagnostic and Statistical Manual of Mental Disorders.

Conditions not considered a Mental Health Condition include:

a.   dementia; and

b.   organic brain syndrome; and

c.   delirium; and

d.   organic amnesia syndromes; and

e.   organic delusional or organic hallucinogenic syndromes.

**Modified Basis**

You will be considered working on a Modified Basis if you are working on either a part-time basis or performing some but not all of the Substantial and Material Duties of the occupation on a full-time basis.

**Monthly Earnings (Applicable to Drivers)**

Monthly Earnings means your gross monthly income averaged over the lesser of:

a.   the prior year's 52 weeks or rolling 12 weeks as determined by the Policyholder's payroll policy;

b.   the number of weeks that you have been a driver, if you have been a driver for less than 12 or 52 weeks.

**Monthly Earnings (Applicable to All Other Members)**

On any date, yourb asic monthly (or monthly equivalent) wage then in force, as established by the Policyholder. Basic wage does not include commissions, bonuses, tips, differential pay, housing and/or car allowance, or overtime pay. Basic wage does include any deferred earnings under a qualified deferred compensation plan, such as contributions to Internal Revenue Code Section 401(k), 403(b),o r 457 deferred compensation arrangements and any amount of voluntary earnings reduction under a qualified Section 125 Cafeteria Plan.

**Other Income Sources (Deductible)**

GH 824 McL

39

AR 110

a.   all disability payments that you and your Dependents receive (or would have received if complete and timely application had been made) under the Federal Social Security Act, Railroad Retirement Act, or any similar act of any federal, state, provincial, municipal, or other governmental agency; and

b.   if you have reached Social Security Normal Retirement Age or older, all retirement payments that you and your Dependents receive or would have received if complete and timely application had been made) under the Federal Social Security Act, Railroad Retirement Act, or any similar act of any federal, state, provincial, municipal, or other governmental agency; and

c.   if you are less than Social Security Normal Retirement Age, all retirement payments that you and your Dependents receive under the Federal Social Security Act, Railroad Retirement Act, or any similar act of any federal, state, provincial, municipal, or other governmental agency; and

d.   all payments that you receive from a permanent or temporary award or settlement under a Worker's Compensation Act, or other similar law, whether or not liability is admitted. Payments that are specifically set out in an award or settlement as medical benefits, rehabilitation benefits, income benefits for fatal injuries or income benefits for scheduled injuries involving loss or loss of use of specific body members will not be considered an Other Income Source; and

e.   all payments that you receive (or would have received if complete and timely application had been made) under a policy that provides benefits for loss of time from work, if the Policyholder pays a part of the cost or makes payroll deductions for that coverage; and

f.   all payments that you receive or are eligible to receive under another group disability insurance policy; and

g.   all payments that you receive under any state disability plan; and

h.   all severance pay that you receive from the Policyholder; and

i.   all retirement payments attributable to employer contributions and all disability payments attributable to employer contributions that you receive under a pension plan sponsored by the Policyholder. A pension plan is a defined benefit plan or defined contribution plan providing disability or retirement benefits for teammates. A pension plan does not include a profit sharing plan, a thrift savings plan, a nonqualified deferred compensation plan, a plan under Internal Revenue Code Section 401(k) or 457, an Individual Retirement Account (IRA), aTa x Deferred Sheltered Annuity (TSA) under Internal RevenueCode Section 403(b), a stock ownership plan, or a Keogh (HR-10) plan with respect to partners; and

j.   all payments that you receive for loss of income under no-fault auto laws. Supplemental disability benefits purchased under a no-fault law will not be counted.

GH 824 McL

40

**Other Income Sources (Non Deductible)**

a.  If any severance pay or loss of time from work payments specified above are attributable to individual disability insurance policies, the payments will not be considered an Other Income Source.

b.  Any retirement payments you receive under the Federal Social Security Act or a pension plan which you had been receiving in addition to your Monthly Earnings prior to a claim for Disability, will not be considered an Other Income Source.

c.  Military or Veterans Administration disability or retirement payments will not be considered an Other Income Source.

d.  After the initial deduction for each of the Other Income Sources, benefits will not be further reduced due to any cost of living increases payable under the above stated sources.

e.  Withdrawal of pension plan benefits by you for the purpose of placing the benefits in a subsequent pension plan or a deferred compensation plan will not be considered an Other Income Source unless you withdraw pension benefits from the subsequent pension plan or defined compensation plan due to disability or retirement.

**Own Occupation**

The occupation you are routinely performing for the Policyholder when your Disability begins as performed in the national economy.

**Own Occupation Period**

The first year of the Benefit Payment Period.

**Physician**

a.  A licensed Doctor of Medicine (M.D.) or Osteopathy (D.O.); or

b.  any other licensed health care practitioner that state law requires be recognized as a Physician under the Group Policy.

The term Physician does not include you, one of your teammates, your business or professional partner or associate, any person who has a financial affiliation or business interest with you, anyone related to you by blood or marriage, or anyone living in your household.

**Policyholder**

McLane Company, Inc. and shall include any affiliate or subsidiary of the Policyholder participating under the Group Policy.

GH 824 McL

**Predisability Earnings**

Your Monthly Earnings in effect prior to the date Disability begins.

**Primary Monthly Benefit**

60% of your Predisability Earnings.  The Primary Monthly Benefit will not exceed the Maximum Monthly Benefit of $5,000.

**Proof of Good Health**

Written evidence that a person is insurable under Our underwriting standards.  This proof must be provided in a form satisfactory to The Principal.

**Reasonable Accommodation**

Changes in your work environment or in the way a job is performed which allows you to perform the essential functions of that job.

**Regular and Appropriate Care**

You will be considered to be receiving Regular and Appropriate Care if you:

a.    are evaluated in person by a Physician; and

b.    receive treatment appropriate for the condition causing the Disability; and

c.    undergo evaluations and treatment  that is provided by a Physician whose specialty is appropriate for the condition causing the Disability; and

d.    undergo evaluations and treatment at a frequency intended to return you to full-time work; and

e.    pursue reasonable treatment options or recommendations to achieve maximum medical improvement.

We may require you to have your Physician provide Us with a Written evaluation and treatment plan for the condition causing the Disability, which meets Generally Accepted medical standards and is satisfactory to Us.

We may waive in Writing to you, the Regular and Appropriate Care requirement if it is determined by Us that continued care would be of no benefit to you.

GH 824 McL

42

AR 113

**Signed or Signature**

Any symbol or method executed or adopted by a person with the present intention to authenticate a record, and which is on or transmitted by paper or electronic media, and which is consistent with applicable law and is agreed to by Us.

**Social Security Normal Retirement Age (SSNRA)**

Social Security Normal Retirement Age as defined by the Social Security Administration on the date Disabled.

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943 - 1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| After 1959 | 67 |

**Special Condition**

Special Condition means:

a.   thoracic outlet syndrome; and

b.   headaches (including, but not limited to functional, migraine, organic, sinus, and tension); and

c.   chronic fatigue syndrome; and

d.   fibromyalgia; and

e.   temporomandibular joint (TMJ); and

f.   cumulative trauma disorder, overuse syndrome, or repetitive stress disorder, including carpal tunnel syndrome and ulnar tunnel syndrome; and

g.   environmental allergies and Multiple Chemical Sensitivity (MCS).

GH 824 McL

43

AR 114

 

**Substantial and Material Duties**

The essential tasks generally required by employers from those engaged in a particular occupation that cannot be modified or omitted.

**We, Us, and Our**

Principal Life Insurance Company, Des Moines, Iowa.

**Written or Writing**

A record which is on or transmitted by paper or electronic media, and which is consistent with applicable law.

GH 824 McL

44

AR 115

This page left blank intentionally

AR 117



Principal Life Insurance Company
Des Moines, Iowa  50392-0002